IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOANN LEWIS, *et al.*,
on behalf of themselves and others
similarly situated,
      Plaintiffs,
v.                                                  Civil Action No. 3:14-cv-213-JAG

CITY OF RICHMOND, VIRGINIA,
      Defendant.

## ORDER

This matter comes before the Court on the defendant's motion to dismiss the amended complaint. (Dk. No. 18.) For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the defendant's motion to dismiss.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>August 8, 2014</u>
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge