CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                              DATE:   3/23/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>JoAnn Lewis, et al.<br>        v.<br>City of Richmond | CASE NO:  3:14CV213<br><br>JUDGE:   Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( ) OTHER: Settlement Approval Hrg

APPEARANCES:   Parties by ( )/with ( ) counsel        Pro Se ( )

   MOTIONS BEFORE TRIAL:

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( )
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )  MOTION ( )
EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD (✗)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

The Court finds the settlement to be reasonable, fair, and adequate. Counsel shall submit a final version of the agreement by the end of the week. Attorney's fees are approved.

Craig J. Curwood, Philip J. Dean
Counsel for Plaintiff(s)

Jimmy F. Robinson, Jr.
Counsel for Defendant(s)

SET: 8:30am   BEGAN: 8:43am   ENDED: 9:04am   TIME IN COURT: 21 mins
RECESSES: